Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiff
NORTHERN CALIFORNIA GLAZIERS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; GLAZIERS INDIVIDUAL ACCOUNT RETIREMENT PLAN; DISTRICT COUNCIL 16 NORTHERN CALIFORNIA JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; THEIR JOINT BOARDS OF TRUSTEES; and DOUGLAS CHRISTOPHER and ALFRED SKIP WELTZ as Trustees;<br><br>I.U.P.A.T. UNION AND INDUSTRY NATIONAL PENSION FUND; ITS JOINT BOARD OF TRUSTEES; and JAMES WILLIAMS as Trustee;<br><br>DISTRICT COUNCIL NO. 16, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION 1621,<br><br>Plaintiffs,<br><br>v.<br><br>ADOLPH'S GLASS COMPANY, INC., a California Corporation,<br><br>Defendant. | Case No.: C08-3738 CW<br><br>**PROOF OF SERVICE OF SUMMONS** |

-1-
**PROOF OF SERVICE OF SUMMONS**
Case No. C08-3738 CW

P:\CLIENTS\GLACL\Adolph's Glass\Pleadings\C08-3738\Complaint\C08-3738 CW POS of Summons 081208.doc

| ATTORNEY NAME<br>Muriel B, Kaplan, Esq. (SBN 124607)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street Suite 2110<br>SAN FRANCISCO, CA 94104<br><br>ATTORNEY FOR: **Plaintiff** | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>Glaziers v. Adolph's Glass | |

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C08-3738 CW |
|---|---|---|

I, Tim Sullivan, declare:
I am a registered Process Server and was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered [SEE ATTACHED LIST OF DOCUMENTS] to:

Adolph's Glass Company, Inc.
1947 East Avenue
Hayward, California 94541

**Date of Service:** August 6th 2008
**Time of Service:** 3:07 pm

**Manner of Service:** Substituted Service to Shawn Edwards, assistant to Adolph Sykes and a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of the general nature of the papers.

In addition, a copy of the attached list of documents, were mailed (by first-class, postage prepaid) to the above mentioned Defendant at the place where the documents were left. I mailed the documents on August 7th, 2008 from San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on August 8th 2008 at San Francisco, California.

**Godspeed Courier Services Inc**
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature:
Name: Tim Sullivan
Title: RPS, San Francisco #1053

# PROOF OF SERVICE

LIST OF DOCUMENTS SERVED:

1) SUMMONS;

2) COMPLAINT;

3) DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5) STANDING ORDERS;

6) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL;

7) NOTICE OF AVIALABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

8) ECF REGISTRATION INFORMATION HANDOUT; and

9) LOCATION GUIDE TO COURT OFFICES (OAKLAND FEDERAL BUILDING).